**Motion Granted; Order filed February 6, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00901-CV

_____

## IN THE INTEREST OF K.M.C., AND K.M.C., CHILDREN

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2016-48484**

## ORDER

This appeal is from a judgment signed October 2, 2017. Appellant filed a notice of appeal on November 15, 2017. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court on the same day.

No contest was filed. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Accordingly, the Harris County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

Delores Johnson, the court reporter for the 309th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM